United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHI,<br>Movant,<br>v.<br>EPIQ EDISCOVERY SOLUTIONS, INC., et al.,<br>Respondents. | Case No. 26-mc-80288-KAW<br><br>**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Judge Donato for consideration of whether the case is related to *Arhaus, LLC v. Chi*, 25-cv-6233-JD.

**IT IS SO ORDERED.**

Dated: September 23, 2026

KANDIS A. WESTMORE
United States Magistrate Judge